IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

J.B. HUNT TRANSPORT, INC.                                    PLAINTIFF

        v.                  Civil No. 07-5235

FREIGHTLINER CORPORATION;
FREIGHTLINER LLC; BILL HINSON;
and DETROIT DIESEL CORPORATION                              DEFENDANTS

ALLIANZ INSURANCE COMPANY                                   INTERVENOR

<u>O R D E R</u>

On February 26, 2008, the Court conducted a hearing on Allianz Insurance Company's Motion To Vacate Order Granting Temporary Restraining Order (document #7), at which it heard the evidence offered by the parties and the arguments of counsel. The following day, J.B. Hunt Transport, Inc., delivered to chambers an unsolicited and unfiled post-hearing letter brief. Allianz has responded by asking the Court to "keep the record in this matter open until Friday, March 1," so that it can file a responsive brief.

The Court neither invited nor agreed to accept post-hearing briefs in this matter, nor does it consider such to be necessary. The issue presented is not particularly complex, and it was fully briefed before the hearing. Accordingly, the Court has not read J.B. Hunt's letter brief, and will not take it into account in resolving the issues now before it. The Court also declines to hold the record open for further briefing.

In addition, the Court takes this opportunity to remind the

parties that the Court's CM/ECF system went on-line in August, 2005.  Since that time, the Court has ceased maintaining paper files in which to accumulate unfiled documents.  Accordingly, when parties are invited or permitted to brief issues before the Court, they are to do so via electronically-filed documents.

IT IS SO ORDERED, this 29th day of February, 2008.

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**

-2-