```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

J.B. HUNT TRANSPORT, INC.                              PLAINTIFF

          v.            Civil No. 07-5235

FREIGHTLINER CORPORATION;
FREIGHTLINER LLC; BILL HINSON;
and DETROIT DIESEL CORPORATION                        DEFENDANTS

ALLIANZ INSURANCE COMPANY                             INTERVENOR

                          <u>O R D E R</u>

Now on this 18th day of April, 2008, comes on for consideration plaintiff's **Motion To Dismiss Without Prejudice Pursuant To F.R.C.P. 41(a)(2)** (document #34), to which there is no objection, and the Court, taking into consideration the letter filed as document #33, in which intervenor Allianz Insurance Company "requests that it no longer be considered an active litigant in this matter," finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed without prejudice.**

IT IS SO ORDERED.

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE